772

## Commonwealth ex rel. Kerstetter, Appellant, *v.* Russell.

Submitted March 14, 1966. *Ronald F. Kerstetter*, appellant, in propria persona; *John F. Rauhauser, Jr.*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Lombardo, Appellant, *v.* Russell.

Submitted March 21, 1966. *Joseph Lombardo*, appellant, in propria persona; *Clarence C. Newcomer*, First Assistant District Attorney, and *Wilson Bucher*, District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. Mackey, Appellant, *v.* Hendrick.

Argued March 22, 1966. *Samuel Dashiell*, for appellant; *Joseph M. Smith*, Assistant District Attorney, with him *Robert M. Borden*, Assistant District Attorney, and *Arlen Specter*, District Attorney, for appellee.

Order affirmed.

HOFFMAN, J., would remand this case to the court below with directions to hold an evidentiary hearing to determine whether appellant's failure to take a timely appeal resulted from an unconstitutional deprivation of the assistance of counsel.